for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**

91 A.3d 1233

**Anthony CANN, Petitioner**

v.

**Hon. Charles J. CUNNINGHAM, III, Respondent.**

**No. 27 EM 2014.**

Supreme Court of Pennsylvania.

May 7, 2014.

***ORDER***

PER CURIAM.

**AND NOW,** this 7th day of May, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.